1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9



10                UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 IN THE MATTER OF THE              No. 2:24-mj-06964
   EXTRADITION OF
13                                   [~~Proposed~~] ORDER

14 FELIX BENGT MAGNUS NILSSON,

15 A Fugitive from the
   Government of the
16 Kingdom of Sweden.

17     Upon consideration of the request of the United States for the
18 detention of fugitive FELIX BENGT MAGNUS NILSSON pending extradition
19 proceedings, and good cause therefor appearing,
20     IT IS HEREBY ORDERED that said request is GRANTED, the Court
21 making the following findings of fact and conclusions of law:
22     1.   In foreign extradition matters there is a presumption
23 against bail and only "special circumstances" will justify release on
24 bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir.
25 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36
26 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th
27 Cir. 1984).  The burden of showing special circumstances exist rests
28

upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that FELIX BENGT MAGNUS NILSSON presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

 a. (✓) the appearance of fugitive as required; and/or

 b. ( ) the safety of any person or the community

*nature of the offenses; outstanding European warrant dated April 24, 2021 by Sweden; fake French passport using fugitive's photo and someone else's biographical information; use of multiple identifications/aliases*

IT IS SO ORDERED.

Nov. 25, 2024
DATE

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney